

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| MIGUEL JAMES,               §  <br>　　　　Petitioner,         § <br>                             § <br> vs.                         § CIVIL ACTION NO. 9:22-03452-MGL-MHC <br>                             § <br> WARDEN JANSON,              § <br>　　　　Respondent.         § | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION, GRANTING RESPONDENT'S MOTION FOR SUMMARY JUDGMENT, AND DISMISSING THE PETITION

Petitioner Miguel James (James), filed this 28 U.S.C. § 2241 petition (the petition) against Respondent Warden Janson (Janson). James is self represented.

The matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge suggesting Janson's motion for summary judgment be granted and James's petition be dismissed. The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on May 26, 2023, but James failed to file any objections. That said, the Court notes the Post Office returned the Report to the Court marked "RETURN TO SENDER–Inmate Not At This Facility[.]"

"[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of this Court Janson's motion for summary judgment is **GRANTED** and James's petition is **DISMISSED**.

To the extent James moves for a certificate of appealability, such request is **DENIED**.

**IT IS SO ORDERED**.

Signed this 12th day of June, 2023, in Columbia, South Carolina.

              s/ Mary Geiger Lewis
              MARY GEIGER LEWIS
              UNITED STATES DISTRICT JUDGE

*****

**NOTICE OF RIGHT TO APPEAL**

James is hereby notified of the right to appeal this Order within sixty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.